Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-11-00833-CV

Richard **PAYNE**,
Appellant

v.

Anna M. **SIEGRIST**, et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 11-02-00040-CVK
Honorable Ron Carr, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  March 28, 2012

DISMISSED

Appellant's brief, which was due on January 30, 2012, has not been filed.  On February 15, 2012, this court ordered appellant to show cause in writing within fifteen days why this appeal should not be dismissed for want of prosecution.  Appellant, proceeding pro se, filed a written response.  Appellant's response, however, does not explain why he has failed to file an appellant's brief, does not request additional time to file an appellant's brief, and cannot be

construed as an appellant's brief.  Accordingly, the appeal is dismissed for want of prosecution.

*See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against appellant.

PER CURIAM